## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Franz Schleicher, *et al.*,

                Plaintiffs,

                                    No. 08-mc-55 (RHK/SER)
                                    **ORDER**

v.

Gary C. Wendt, *et al.*,

                Defendants.

---

Whereas the underlying litigation giving rise to this miscellaneous case has been settled, thereby rendered this action moot, and whereas the parties agree that this matter should now be dismissed (see Doc. No. 94), **IT IS ORDERED** that this matter is **DISMISSED.** The Clerk of the Court is **DIRECTED** to close this case.

Dated: April 15, 2011                                  s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                             United States District Judge